IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY STAMPS | CRIMINAL ACTION<br>NO. 18-00579-5 |

### ORDER

**AND NOW**, this 19th day of January 2021, upon consideration of Jeffrey Stamps's Motion for Release (ECF No. 270) and the Government's Responses (ECF No. 274) and associated exhibit (ECF No. 275), it is **ORDERED** that the Motion is **GRANTED** as follows:

1. Stamps's term of imprisonment is **REDUCED** to time served;

2. The warden of FCI Fort Dix shall **RELEASE** Stamps (BOP inmate number 76951-066) from custody;

3. Upon his release from custody, Stamps shall **immediately begin serving the previously ordered five-year term of supervised release**, for which the conditions shall remain unchanged;

4. Within forty-eight hours of release, Stamps shall **contact the U.S. Probation Office** and follow its instructions; and

5. The Order is **stayed for no longer than fourteen days** to permit the Probation Office to verify Stamps's residence and/or establish a release plan, for Stamps to make appropriate travel arrangements and to ensure Stamps's safe release. Stamps shall be released, consistent with current quarantine protocols, as soon as his residence is verified, a release plan is established,

1

appropriate travel arrangements are made and it is safe for him to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure Stamps's safe release, the Parties shall immediately notify the Court and show cause why the stay should be extended.

BY THE COURT:

_____
GERALD J. PAPPERT, J.